UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAYNE CARROLL,<br><br>                              Petitioner,<br><br>v.<br><br>RALPH DIAZ, Warden,<br><br>                              Respondent. | Case No.: 20-CV-1651 JLS (MDD)<br><br>**ORDER DENYING *IN FORMA PAUPERIS* APPLICATION** |

On August 24, 2020, Petitioner Tremayne Carroll, a state prisoner proceeding *pro se*, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. *See generally* ECF No. 1. On August 25, 2020, the Court dismissed the Petition due to Petitioner's failure to either pay the filing fee or move to proceed *in forma pauperis*, because the Petition was not on a court-approved petition form, and because the Petition did not state a claim cognizable on federal habeas. *See generally* ECF No. 2.

Petitioner was instructed that if he wished to proceed with this action he was required to either pay the filing fee or submit a request to proceed *in forma pauperis* and file a First Amended Petition curing the defects of pleading on or before October 26, 2020. *See id.* at 5. He was provided with the proper amended petition form and the necessary *in forma pauperis* application. *See id.* Petitioner has now filed a request to proceed *in forma pauperis* but has not yet filed a First Amended Petition. *See generally* ECF No. 3.

1 | The request to proceed *in forma pauperis* is denied because Petitioner has not provided the Court with sufficient information to determine his financial status. A request to proceed *in forma pauperis* made by a state prisoner must include a certificate from the warden or other appropriate officer showing the amount of money or securities Petitioner has on account in the institution. Rule 3(a)(2), 28 U.S.C. foll. § 2254; S.D. Cal. CivLR 3.2. Petitioner has failed to provide the Court with the required Prison Certificate, a blank copy of which was sent to Petitioner with the previous Order of dismissal but has not been used by Petitioner.

Accordingly, the Court **DENIES** the request to proceed *in forma pauperis* (ECF No. 3). This action remains **DISMISSED WITHOUT PREJUDICE**. To have the case reopened, Petitioner must, **no later than October 26, 2020**, provide the Court with a First Amended Petition on a court-approved petition form which cures the defects of pleading identified in the previous Order of dismissal **and** either (1) a copy of this Order together with the $5.00 filing fee, or (2) a copy of this Order together with adequate proof that Petitioner cannot pay the $5.00 filing fee.

**IT IS SO ORDERED.**

Dated: September 8, 2020

Hon. Janis L. Sammartino
United States District Judge